**In re Louis WATLEY, Petitioner.**

No. 11–2068.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Rule 21, Fed. R.App. P.
July 14, 2011.

Opinion filed: Aug. 1, 2011.

Louis Watley, Rahway, NJ, pro se.

Atty. Gen. NJ, Esq., Office of Attorney General of New Jersey, Trenton, NJ, U.S. Atty Newark, Office of United States Attorney, Newark, NJ, for Respondent.

Before: SCIRICA, HARDIMAN and VANASKIE, Circuit Judges.

OPINION

PER CURIAM.

Louis Watley seeks a writ of mandamus, pursuant to 28 U.S.C. § 1651, directing the

United States District Court for the District of New Jersey to rule on his habeas corpus petition. Subsequent to the filing of this mandamus petition, however, the District Court dismissed Watley's habeas petition without prejudice for failure to exhaust state remedies.[1] Accordingly, to the extent Watley seeks to have this Court order the District Court to rule on the habeas petition, his mandamus petition will be denied as moot. See *Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698–99 (3d Cir.1996) ("If developments occur during the course of adjudication that ... prevent a court from being able to grant the requested relief, the case must be dismissed as moot."). And to the extent Watley requests that we "declare" as "arbitrary, capricious, and [an] abuse of power" the District Court's seven-month delay in adjudicating the habeas petition, that request is denied; mandamus is not a substitute for an appeal. See *In re Chambers Dev. Co.*, 148 F.3d 214, 226 (3d Cir.1998).

1. Watley's appeal of that decision is pending before this Court. *See* CA No. 11–2808.